FRED ROSENTHAL, as a Minority Stockholder of the CARIB SYNDICATE, LIMITED, and All Other Stockholders of Said Corporation Similarly Situated, v. CARIB SYNDICATE, LIMITED, and Another, Impleaded, etc. IRVING L. ROLLINS, Attorney for Plaintiff.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE LAWRENCE-SMITH SCHOOL, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

HATTIE COHEN v. LOUIS COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM J. SMITH v. WILLIAM LOWETH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

DAVID GRAVES GEORGE v. TIME, INCORPORATED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., v. SEDGWICK MINOT. JANE GOULD MINOT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NEW YORK VOCATIONAL ADJUSTMENT BUREAU, INC., v. VICTORIA-VAB, INC., and SAMUEL L. POMERANTZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JULES CATSIFF v. COLFAX TRADING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE CUMBERLAND CORPORATION, Suing Individually, and as a Stockholder in the McLELLAN STORES COMPANY, on Behalf of Itself and All Other Stockholders Similarly Situated, v. McLELLAN STORES COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.